John W. Shaw, Esq. SBN: 82802
Lisa A. Satter, Esq. SBN: 116185
**SHAW KOEPKE & SATTER, LLP**
23326 Hawthorne Boulevard Suite 320
Torrance, California 90505
Telephone:(310) 373-4445
Facsimile: (310) 373-4440

Attorneys for Plaintiffs
CAMDEN USA, INC.
and SELMA & VINE HOLLYWOOD, LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMDEN USA, INC.; SELMA & VINE HOLLYWOOD, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>STEVEN GREGORY KAPLAN aka SEBASTIAN GREGORY KANE; DENISE BOHDAN; and DOES 1 through 25,<br><br>Defendants. | Case No.: CV 20-2974-GW-PJWx<br><br>Complaint Filed: March 30, 2020<br><br>**JUDGMENT** |

Plaintiffs, CAMDEN USA, INC. and SELMA & VINE HOLLYWOOD, LLC ("Camden") filed their Complaint, alleging breach of contract, negligence, violation of law, public nuisance and private nuisance causes of action. To date, Defendant STEVEN GREGORY KAPLAN AKA SEBASTIAN GREGORY KANE has yet to answer or otherwise respond to any of Plaintiffs' filings or communications in this matter.

On March 19, 2021, Plaintiffs filed a Motion for Default Judgment ("Motion"). The Motion was heard on April 19, 2021. Defendant did not file an opposition and did not appear at the hearing. After considering Camden's Motion,

for the reasons set forth in this Court's Order in this case dated April 21, 2021, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

(1) Plaintiffs' Motion for Entry of Default Judgment is GRANTED as to Plaintiffs' claims for breach of contract and nuisance.

(2) Plaintiffs CAMDEN USA, INC. and SELMA & VINE HOLLYWOOD, LLC shall recover actual damages from Defendant STEVEN GREGORY KAPLAN, also known as SEBASTIAN GREGORY KANE, in the amount of $146,202.37.

(3) Plaintiffs CAMDEN USA, INC. and SELMA & VINE HOLLYWOOD, LLC shall recover attorneys' fees from Defendant STEVEN GREGORY KAPLAN, also known as SEBASTIAN GREGORY KANE, in the amount of $26,849.50.

(4) Plaintiffs CAMDEN USA, INC. and SELMA & VINE HOLLYWOOD, LLC shall recover $8,741.75 in litigation costs from Defendant STEVEN GREGORY KAPLAN, also known as SEBASTIAN GREGORY KANE, pursuant to their submission of a bill of costs in accordance with Local Rule 54-2.

**IT IS SO ORDERED.**

DATE: April 26, 2021

_____
HON. GEORGE H. WU,
United States District Judge

# PROOF OF SERVICE

I am employed in the aforesaid county; I am over the age of eighteen years and not a party to the within entitled action; my business address is: 23326 Hawthorne Boulevard, Suite 320, Torrance, California 90505.

On April 23, 2021, I served the within **_[PROPOSED] JUDGMENT_** on the interested parties in said action by placing [X] a true and correct copy or [] the original thereof enclosed in a sealed envelope, and addressed as set forth on the attached Service List and delivered by one or more of the means set forth below:

**[X] [_VIA MAIL_]** By depositing said envelope with postage thereon fully prepaid in the United States mail at Torrance, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Torrance, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**[] _[EMAIL]_** I caused the above referenced document(s) to be delivered to the email address(es) set forth on the attached Service List.

**[] _[OVERNIGHT DELIVERY]_** I caused the above referenced document(s) to be delivered via FEDERAL EXPRESS to the addressee(s) set forth on the attached Service List.

Executed on April 23, 2021, at Torrance, California.

**[X] (FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

                              _/s/ Maria Nixon_
                              MARIA NIXON

# SERVICE LIST

| Counsel | Representing: |
|---|---|
| Steven Kaplan aka Sebastian Kane<br>c/o Hotel Figueroa<br>939 S. Figueroa Street<br>Los Angeles, CA  90015 | *Plaintiff In Pro Se* |